UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIE ANN DAHLSTROM, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendant. | Civil Action No. 22-1165 (JMC) |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR A HEARING**

Defendant the U.S. Department of Homeland Security ("DHS"), through undersigned counsel, respectfully files this brief response to Plaintiffs' motion for a hearing on the pending motion for a preliminary injunction. ECF No. 15.

The government takes no position on Plaintiffs' request that the parties appear before the Court on the pending motion for a preliminary injunction; the government leaves it to the Court's discretion as to whether oral argument will be useful in resolving the merits of the pending motion. *See* LCvR 7(f) ("A party may in a motion or opposition request an oral hearing, but its allowance shall be within the discretion of the Court."). Defendant intends to file its opposition to Plaintiffs' preliminary injunction motion as required by this Court's prior order on June 3, 2022. Min. Order (May 31, 2022). Pursuant to the Court's June 1, 2022, communication, should the Court wish to schedule argument, counsel for Defendant is available for a hearing on June 22 and June 23.[1]

---

[1] The DHS agency attorney assigned to this litigation is out of the office on scheduled leave from June 11 through July 5, 2022, but will make herself available for a hearing on June 22 or June 23. Alternatively, Defendant and its counsel are also available in July.

Notwithstanding the above, Defendant files this brief response to note that Plaintiffs failed to meaningfully confer with undersigned prior to the filing of their motion, and did not confer with counsel for Defendant regarding their request that the Court set the matter for a hearing on certain dates in July. *See* ECF No. 15. It is apparent on the face of Plaintiffs' motion that it fails to comply with the spirit and intent of Local Civil Rule 7(m). *Compare* Pls.' Mot. at 1 ("Plaintiffs advised Defendant by email on June 1, 2022, that they intended to propose the dates referenced above a possible hearing dates. Plaintiffs await Defendant's response.") *with* LCvR 7(m) ("Before filing any nondispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel in a good-faith effort to determine whether there is any opposition to the relief sought and, if there is, to narrow the areas of disagreement."). Notably, Plaintiffs filed their motion for a hearing approximately two hours after emailing undersigned and did not await a response from counsel prior to filing, notwithstanding that their motion requested a hearing in July, demonstrating no urgency to the filing.

Dated: June 2, 2022  
Washington, D.C.

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar No. 481052  
United States Attorney

BRIAN P. HUDAK  
Chief, Civil Division

By:  */s/ Brenda González Horowitz*  
BRENDA GONZÁLEZ HOROWITZ  
D.C. Bar No. 1017243  
Assistant United States Attorney  
U.S. Attorney's Office, Civil Division  
601 D Street, N.W.  
Washington, D.C. 20530  
Tel: (202) 252-2512  
Brenda.Gonzalez.Horowitz@usdoj.gov

*Attorneys for the United States*