UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIE ANN DAHLSTROM, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>      Defendant. | Civil Action No. 22-1165 (JMC) |

### DEFENDANT'S RESPONSE TO PLAINTIFFS' MEMORANDUM

Defendant the Department of Homeland Security, and U.S. Citizenship and Immigration Services ("USCIS"), through undersigned counsel, respectfully files this brief response to Plaintiffs' memorandum seeking to limit the issues to be heard during the parties' argument on the pending motion for a preliminary injunction scheduled on July 14, 2022. ECF No. 25 ("Pl.'s Mem."). Defendant believes that it has responded fully to Plaintiffs' January 2022 expedited FOIA request, therefore mooting Plaintiffs' motion for a preliminary injunction. Accordingly, Plaintiffs' motion for a preliminary injunction should be denied.

By way of brief background, Plaintiffs filed a motion for a preliminary injunction (ECF No. 5) asking the Court to enjoin Defendant and order immediate production of records responsive to a FOIA request submitted by Plaintiffs in January 2022, and granted expediting processing on March 31, 2022. *See* Def.'s Opp. Prelim. Inj., ECF No. 18. Defendant noted in its opposition that it anticipated providing a complete response to Plaintiffs' pending FOIA request within a few weeks. *Id*. at 21; Munita Decl. ¶ 50. On June 16, 2022, USCIS, through counsel, responded in full to Plaintiffs' January 2022 expedited request, providing the responsive records sought. Plaintiffs

contend that two categories of records are missing from Defendant's production and ask the Court to limit the scheduled hearing on the pending motion for a preliminary injunction to the two remaining categories of records. But as Defendant noted in its response to Plaintiffs on July 8, 2022, as to the first category of records that Plaintiffs contend they are missing (Notices to Appear ("NTA") for non-immigrant T1 visas for years 2017 and 2018), Defendant explained that implementation of NTA issuance that included T and U visas was not rolled out until late November 2018 during the last administration, and was stopped when the new administration came into office in January 2021. Thus, the agency does not have responsive records for years 2017 and 2018, and provided the responsive records for years 2019-2020. There is nothing else that Plaintiffs are entitled to.

Second, Plaintiffs contend that the agency failed to produce certain statistical analysis for the categories of records sought in the January 2022 request. Pls.' Mem. at 1, 2. Plaintiffs' correspondence noted that USCIS did not produce *all* requested statistical analysis, although they now contend that they did not receive any. Pls.' Mem. at 5. Plaintiffs are incorrect. USCIS conducted a search for completed analysis and provided Plaintiffs with an I-914 Requests for Evidence and Intent to Deny count per week for FY14 through FY17 and directed Plaintiffs to USCIS's public website to access additional publicly posted, completed analysis. In providing its response to the statistical analysis portion of Plaintiffs' January 2022 request, in good faith, USCIS also created and produced a spreadsheet which was completed outside the January 1, 2014 to December 1, 2021 timeframe identified by Plaintiffs, that included the statistical analysis sought under part (g) of the January 2022 FOIA request. *See* Pl.'s Mem. at 2. USCIS's response to Plaintiffs' request for statistical analysis was based on a reasonable interpretation in light of the

text of the request, communications between the parties and Defendant's review of clarifications provided in the other two FOIA requests seeking identical or nearly identical information.

As to the remainder of Plaintiffs' memorandum, which provides supplemental advocacy in support of their extraordinary request for the issuance a preliminary injunction (notably without conferral pursuant to Local Civil Rule 7(m)), Plaintiffs' arguments lack merit for the reasons outlined in Defendant's opposition. To the extent Plaintiffs now intend to advance an argument that they are entitled to emergency relief only on the two remaining categories of records, Defendant has not had an opportunity to fully brief those arguments to the Court, but believes that Plaintiffs' arguments misguided for the reasons explained in Defendant's opposition. Regardless of whether the Court considers the full scope of Plaintiffs' request or just the remaining two categories of records, Plaintiffs are not entitled to the extraordinary relief they seek, and remain unlikely to demonstrate a likelihood of success on the merits, as well as the other relevant factors for analysis. Notably, Plaintiffs supplemental memorandum makes no argument regarding their immediate entitlement to the remaining two categories of records, and fails to elucidate how Plaintiffs would be irreparably harmed in the absence of the production of these records. Defendant remains ready to address the numerous flaws of Plaintiffs' arguments during the parties' scheduled hearing on July 14, 2022.

Dated: July 8, 2022                     Respectfully submitted,

                                                              MATTHEW M. GRAVES, D.C. Bar. #481052
                                                              United States Attorney

                                                              BRIAN P. HUDAK
                                                              Chief, Civil Division

By:    */s/ Brenda González Horowitz*
                                                              BRENDA GONZÁLEZ HOROWITZ
                                                              D.C. Bar No. 1017243
                                                              Assistant United States Attorney
                                                              U.S. Attorney's Office, Civil Division
                                                              601 D Street, N.W.
                                                              Washington, D.C. 20530
                                                              Tel: (202) 252-2512
                                                              Brenda.Gonzalez.Horowitz@usdoj.gov

                                                              *Attorneys for the United States*