UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JULIE ANN DAHLSTROM AND HEBA GOWAYED, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendant. | Case No. 22-cv-1165 (JMC) |

## ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** that Defendant's motion for summary judgment, ECF 28, is **GRANTED**.

The Clerk of Court shall terminate this case.

This is a final appealable order.

                                                                         _____
                                                                         JIA M. COBB
                                                                         United States District Judge

Date: October 7, 2025

1